UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:18-cr-110-T-33CPT

VANZINI NICHOLAS HANSELL
_____/

**ORDER**

This cause is before the Court sua sponte. On March 7, 2018, the grand jury returned an indictment against Defendant Vanzini Nicholas Hansell charging him and others with violations of federal drug and conspiracy laws. (Doc. # 1). Hansell was arrested on June 26, 2018. (Doc. # 49). On June 28, 2018, the Court ordered that Hansell be detained pending trial. (Doc. # 54). That Order noted that "Defendant is currently in state custody and is not due to be released until on or about August 27, 2018." (Id. at 2).

On February 28, 2019, the jury returned a verdict of not guilty after a three day trial. Thus, Hansell has been found not guilty as to all charges against him in the indictment. Hansell's counsel represents that Hansell has completed his state court sentence and therefore should be released from custody. After due consideration, the Court finds good cause to issue the **immediate** release of Hansell from federal custody.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>28th</u> day of February, 2019.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE